pofed he had removed, and not finding he had appointed an Agent, the Notice had been affixed up in the Clerk's Office. The Judgment has fince been entered, and Execution taken out againft the Defendant, and Procefs iffued againft the Bail.

*Ordered*, That the whole of the Proceedings, from entering the Default inclufive, be fet afide, and the Cofts to abide the Event of the Suit.

　　　　　　　　　　　　　　　　B.

## The People *vs.* Townshend.

THE defendant was convicted under the Statute, at the laft Court of Oyer and Terminer in Dutchefs, of perjury, and abfconded before judgment. Afterwards he voluntarily furrendered himfelf, but judgment was not pronounced.

Lewis J. who prefided at the trial, now reports to the Court that the verdict was againft evidence, and that it was given on grounds not pertinent.

*Per Curiam.* There muft be a new trial: and the judge who may prefide at the next Oyer and Terminer in Dutchefs, will communicate this opinion to the judges of that Court. In the mean time the defendant muft give bail for his appearance.

The proceedings which have been brought up by *certiorari*, not having been actually received, muft be returned. If they had been *filed* here,

they could not be fent back to the Oyer and Terminer; no form of procefs for fuch purpofe is to be found in the books; but the Court muft have proceeded to try the defendant at bar by a Jury returned from Dutchefs, or have fent the caufe down to the next Circuit to be held there. The Court incline to the opinion, that in a capital cafe it would be otherwife, and that no fuch cafe could be fent down for trial.

Benfon J. fuggefted that a *certiorari* for bringing up the proceedings in like cafes ought only to be allowed in open Court.

*Vide Ludlow ads. The People, ante, page* 34.

## Concklin *vs.* Hart.

O N affidavit that witneffes were fo aged and infirm that they could not perfonally appear in Court, it was moved that their depofitions be taken, *de bene effe,* before one of the Commiffioners for taking affidavits, which was objected to, becaufe the caufe was not at iffue, and becaufe there was no precedent for fuch an application.

*Per Curiam.* This appears to be a proper cafe for granting a commiffion, and it may be applied for at any time after a fuit is inftituted.

Motion granted.